UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL CORDERO, *Individually, and On Behalf of All Others Similarly Situated*,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>PRO MUSIC GROUP, LLC,<br><br>                              Defendant. | 22 Civ. 4285 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Plaintiff initiated this action by filing a complaint on May 25, 2022. (Dkt. #1).  On June 14, 2022, Plaintiff filed proof of service of the summons and complaint.  (Dkt. #6).  Defendant was to respond to the complaint by June 30, 2022.  (*Id.*).  Defendant has yet to appear.  Accordingly, Plaintiff is hereby **ORDERED** to file a motion for a default judgment by **October 3, 2022**.

SO ORDERED.

Dated:  September 12, 2022
          New York, New York

*(signature)*

KATHERINE POLK FAILLA
United States District Judge